# United States Court of Appeals
# for the Fifth Circuit

———————

No. 25-11263
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

March 16, 2026

Lyle W. Cayce
Clerk

MIKE FREDERICK BWONDARA,

*Plaintiff—Appellant*,

*versus*

TARRANT COUNTY, TEXAS; DAVID EVANS, *Judge, Individual & Official Capacity*; BRIAN BOLTON, *Judge, Individual & Official Capacity*; CLARISSA HODGES, *Clerk, Individual & Official Capacity*; ARMSTRONG LAB L.L.C.,

*Defendants—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:25-CV-813

———————————————————————

Before HIGGINBOTHAM, ENGELHARDT, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

Mike Bwondara, proceeding pro se, appeals the district court's dismissal of his complaint with prejudice under 28 U.S.C.

———————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-11263

§ 1915(e)(2)(B)(ii)–(iii). After reviewing the briefs and the record, with the benefit of liberal construction of Bwondara's brief, we find no reversible error. Accordingly, the judgment of the district court is AFFIRMED. *See* 5th Cir. R. 47.6.